**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 14-57189 |
| Mark Alan Gunderson | : | Chapter 13 (Judge Preston) |
| | : | |
| Debtor | : | |
| | : | |
| | : | |

## NOTICE OF CHANGE OF ADDRESS

Comes now, Debtor, by counsel, and hereby gives notice to the Court of the Debtor's new mailing address:

Mark Gunderson
174 Reinhard Avenue
Columbus OH 43206

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

**/s/** Marshall D. Cohen
Marshall D. Cohen (0044066)
1500 West Third Avenue, Suite 400
Columbus, Ohio 43212
(614) 294 – 5040
Fax: (614) 291 – 5006
Email: notice@mdcohenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on April 13, 2016.

**Electronic Service:**
Office of the U.S. Trustee
Chapter 13 Trustee
Marshall D. Cohen Esq.

**U.S. Mail Service:**
Mark Gunderson |174 Reinhard Avenue |Columbus, OH 43206

/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)